JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNETTE C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> ARROYO DE PAZ APTS, *et al.*, <br><br> Defendants. | Case No. 5:24-cv-1373-CV-RAO <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Notice of Removal and state-court filings contained therein, Dkt. No. 1; the Commissioner's Motion to Dismiss, Dkt. No. 6; the Report and Recommendation of United States Magistrate Judge ("Report") dated April 4, 2025, Dkt. No. 25; and all of the records and files herein.

Objections to the Report were due by April 24, 2025, and the Court has not received any objections to date. Dkt. No. 24. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\\

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS ORDERED that this action is DISMISSED without prejudice with respect to the Social Security Administration ("SSA") and Frank Bisignano, the Commissioner of the SSA.[2]

IT IS FURTHER ORDERED that the reference to the assigned Magistrate Judge is hereby vacated.

**IT IS SO ORDERED**.

Dated: 6/24/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is hereby substituted as defendant.