## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNETTE C.,[1]<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ARROYO DE PAZ APTS, *et al*.<br><br>　　　　Defendants. | Case No. 5:24-cv-1373 CV (RAOx)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　　　Federal courts are courts of "limited jurisdiction," possessing "only that power authorized by the Constitution and statute[.]" *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); U.S. Const. art. III, § 2, cl. 1. District courts are presumed to lack jurisdiction unless the contrary appears affirmatively from the record. *See DaimlerChrysler Corp. v. Cuno*, 547 U.S. 332, 342 n. 3 (2006). Additionally, federal courts have an obligation to examine jurisdiction sua sponte before proceeding to the merits of a case. *See Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999). In cases removed

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

to federal court, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall* be remanded." 28 U.S.C. § 1447(c) (emphasis added).

Plaintiff originally filed this action in Riverside County Superior Court. Doc. # 1-1. Defendants removed the action to this Court pursuant to 28 U.S.C §§ 1442(a)(1) and 1446 because Plaintiff named the Social Security Administration and its commissioner as defendants. Doc. # 1 at 2. Given the Court's recent order accepting the report and recommendation of U.S. Magistrate Judge Oliver and dismissing the federal defendants as parties, the Court no longer appears to have subject matter jurisdiction of this case.

Accordingly, the parties are ORDERED TO SHOW CAUSE, in writing only, within fourteen (14) days from the date of this Order, why this action should not be remanded for lack of subject matter jurisdiction. Responses shall be limited to ten (10) pages in length.

**IT IS SO ORDERED.**

Dated: 6/24/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE